AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

MICHAEL SPATARO
*Petitioner*

v.

Case No. _____
*(Supplied by Clerk of Court)*

RACHEL THOMPSON,
WARDEN, FCI FORT DIX
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

**RECEIVED**
NOV 13 2023
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MICHAEL SPATARO
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution FORT DIX
   (b) Address: Post Office Box 2000
   Joint Base MDL, New Jersey 08640
   (c) Your identification number: Register No. 43392-053
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: U.S. District Court, Eastern District of New York, Brooklyn, NY
      (b) Docket number of criminal case: 04-CR-911 (LDH)
      (c) Date of sentencing: Original July 12, 2006; resentenced October 15, 2009
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

SPATARO, MICHAEL 43392053

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Federal Bureau of Prisons, FCI Fort Dix, Joint Base MDL, NJ
   (b) Docket number, case number, or opinion number: 1158548-F1 (BP-9 remedy)
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: filed a BP-9 administrative remedy after being denied "informal resolution" via BP-8 filing. Challenged that BOP is denying me First Step Act "earned time credits" under 18 U.S.C. §3632(d)(4)(D) in violation of constitution (see below).
   (d) Date of the decision or action: Response (denial) dated May 10, 2023 from Stevie M. Knight, Warden (former)

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes     ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Federal Bureau of Prisons, Northeast Regional Director, Philadelphia, Pennsylvania
       (2) Date of filing: May 12, 2023
       (3) Docket number, case number, or opinion number: 1158548-R1 (BP-10 remedy)
       (4) Result: Denied relief by Northeast Regional Director Amy Boucher
       (5) Date of result: July 27, 2023 (returned to petitioner September 28, 2023)
       (6) Issues raised: Same issue as discussed in the answer to Question 6(c) above, and in grounds one and two below. See also Petitioner's attached brief.

   (b) If you answered "No," explain why you did not appeal: Not applicable.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes     ☐ No

SPATARO, MICHAEL 43392053

Page 3 of 9

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Federal Bureau of Prisons, Office of General Counsel, National Inmate Appeals, Washington DC

(2) Date of filing: October 3, 2023

(3) Docket number, case number, or opinion number: 1158548-A1 (BP-11 remedy)

(4) Result: Denied relief by Timothy Barnett, Administrator

(5) Date of result: October 23, 2023 (returned to petitioner October 31, 2023)

(6) Issues raised: Same issue as discussed in answer to Question 6(c) above, and in grounds one and two below. See also Petitioner's attached brief.

(b) If you answered "No," explain why you did not file a second appeal: Not applicable.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes   ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: Appeal to the General Counsel's Office via a BP-11 submission "is the final administrative appeal" pursuant to 28 C.F.R. § 542.15(a), within BOP.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes   ☐ No

SPATARO, MICHAEL 43392053

Page 4 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Not applicable to this 28 U.S.C. § 2241 filing.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

SPATARO, MICHAEL  43392053

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:
      (1) Date of filing: _____
      (2) Case number: _____
      (3) Result: _____
      (4) Date of result: _____
      (5) Issues raised: _____

_____

_____

_____

(d) Did you appear the decision to the United States Court of Appeals?
    ☐ Yes     ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes     ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner is denied "earned time credits" for having an "ineligible offense", namely his conviction for 18 U.S.C. § 924(c) in 2006 in a three-count indictment, because of the list of enumerated "ineligible offenses" at 18 U.S.C. § 3632(d)(4)(D). This ineligibility is a retroactive "legal consequence" that violates

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: the Ex Post Facto Clause. With these credits, Petitioner would be released from prison one year earlier that currently projected.

** PLEASE SEE PETITIONER'S ATTACHED BRIEF **

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** The list of "ineligible offenses" selected for 18 U.S.C. § 3632(d)(4)(D) is so arbitrary and inconsistent that there is no rational basis for the division between eligibility and ineligibility. This violates the Petitioner's Due Process and Equal Protection rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

** PLEASE SEE PETITIONER'S ATTACHED BRIEF **

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

SPATARO, MICHAEL 43392053

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   All grounds were raised in administrative remedies.

## Request for Relief

15. State exactly what you want the court to do:   (1) grant WRIT OF HABEAS CORPUS to compel BOP to amend calculation of Petitioner's sentence to include all due First Step Act "earned time credits" under 18 U.S.C. § 3624(g) and § 3632(d) which result in the advance of his projected release date from March 27, 2025 to March 27, 2024, which will require further recalculation of the Petitioner's "pre-release custody" time; and (2) declaratory relief that the "ineligible offenses" at 18 U.S.C. § 3632(d)(4)(D) is unconstitutional as-applied to those federal prisoners who were convicted of crimes committed before the enactment of the First Step Act and are being denied "earned time credits" as a legal consequence of an ex post facto law, that such list violates due process and equal protection provisions of the Fifth and Fourteenth Amendments because there is no rational basis for its random selection of ineligible crimes.

SPATARO, MICHAEL 43392053

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

November 8, 2023

I declare under penalty of perjury that I am the petitioner; I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: November 7, 2023

*Signature of Petitioner*

MICHAEL SPATARO
PETITIONER PRO SE - ** PRESENTLY CONFINED **

*Signature of Attorney or other authorized person, if any*

To the Clerk:
Please direct all correspondence regarding this 2241 action to this address:

MICHAEL SPATARO
Reg. No. 43392-053
FCI FORT DIX
Federal Correctional Institution
Post Office Box 2000
Joint Base MDL, NJ 08640

I will update the court if this address changes during the course of this action.